**Order entered January 17, 2023**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00881-CV

**BARBARA DIXON, Appellant**

**V.**

**TRANSPORT AMERICA, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-06464**

### ORDER

Before the Court is appellant's motion for extension of time to file her brief.

We **GRANT** the motion and **ORDER** the brief received January 13, 2023 filed as

of the date of this order.

/s/    BILL PEDERSEN, III
        JUSTICE